JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLARK, <br> Petitioner, <br> v. <br> JOSIE GASTELO, <br> Respondent. | Case No. CV 20-07084 AB (RAO) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: June 30, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE